## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

MICHAEL TURPIN, et. al, :
: Case No. 3:10cv077
:
        Plaintiff(s), : JUDGE WALTER HERBERT RICE
- vs - :
:
UNITED STATES OF AMERICA, et.al. :
:
        Defendant(s). :
:

## ORDER

It is hereby ordered that the above captioned cause be administratively processed.

December 5, 2011

                                                  WALTER HERBERT RICE, JUDGE
                                                  UNITED STATES DISTRICT COURT

AOProcessing/"Case settled with final dismissal papers due 2/20/2012."