IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MICHAEL TURPIN, et. al,  :
: Case No. 3:10cv077
:
Plaintiff(s),  : JUDGE WALTER HERBERT RICE
- vs -  :
:
UNITED STATES OF AMERICA, et.al.  :
:
Defendant(s).  :
:

## ORDER

It is hereby ordered that the above captioned cause be administratively processed.

December 5, 2011

*(signature)*
WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT

AOProcessing/"Case settled with final dismissal papers due 2/20/2012."